# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

Bridget M. McCormack,
Chief Justice

162154

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MELVINDALE COMMUNTY INVESTMENT
COALITION,
      Plaintiff-Appellant,

v

                                      SC: 162154
                                      COA: 354751
MELVINDALE CITY CLERK,
                                      Wayne CC: 20-010783-AW
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 11, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



b0628

                                    Clerk